

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 27, 2026

**BY EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: *United States v. Denis Alimov*, **S2 25 Cr. 122 (JPC)**

Dear Judge Cronan:

  The Government respectfully requests that Superseding Indictments S1 25 Cr. 122 (JPC) and S2 25 Cr. 122 (JPC), the arrest warrants accompanying those Indictments, and any associated filings and docket entries be unsealed in light of the defendant's arrest in Colombia.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

    By:  \_\_\_/s/_____
        Nicholas S. Bradley
        Kaylan E. Lasky
        Assistant United States Attorneys

The S1 and S2 indictments and the accompanying warrants, and any associated filings/docket entries, are unsealed.
SO ORDERED:

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

February 27, 2026